THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
_____ DIVISION

**WILLIE J. JENKINS, III**

_____

Plaintiff

v.                                        No. 47BCV-17-5  (RL)

**RYAN TRANSPORTATION, INC.,
AUTO EXPEDITING, INC., EDIN VELJACIC,
AND JOHN DOE I, II AND III**

_____

Defendants

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

**Ryan Transportation, Inc.
c/o Scott Simpson
Registered Agent for Service of Process
12300 Farmington
Livonia, MI  48150**

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiffs' attorney, whose name and address are:    Terry D. Dugger, Dugger Law Firm, P.A., 5208 Kavanaugh Blvd., Suite 4, Little Rock, AR 72207

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Ms. Leslie Mason
Mississippi County Circuit Clerk
Mississippi County Courthouse
200 W. Walnut St., Rm 202
Blytheville, AR  72351-2820

**Leslie Mason, Circuit Clerk**

_____
[Signature of Clerk or Deputy Clerk]

[SEAL]

e: 1-17-2017          11:45 AM

**EXHIBIT**

**A**

THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
_____ DIVISION

**WILLIE J. JENKINS, III**
_____

Plaintiff

v.                                    No. 47BCV-17-5 (RL)

**RYAN TRANSPORTATION, INC.,**
**AUTO EXPEDITING, INC., EDIN VELJACIC,**
**AND JOHN DOE I, II AND III**
_____

Defendants

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

**Auto Expediting, Inc.**
**c/o Scott Simpson**
**Registered Agent for Service of Process**
**12300 Farmington**
**Livonia, MI  48150**
_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiffs' attorney, whose name and address are:     Terry D. Dugger, Dugger Law Firm, P.A., 5208 Kavanaugh Blvd., Suite 4, Little Rock, AR 72207

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Ms. Leslie Mason
Mississippi County Circuit Clerk
Mississippi County Courthouse          **Leslie Mason, Circuit Clerk**
200 W. Walnut St., Rm 202
Blytheville, AR  72351-2820

[Signature of Clerk or Deputy Clerk]

Date: 1-17-2017

11:45 AM

[SEAL]

No. _____     This summons is for: **Auto Expediting, Inc., c/o Scott Simpson,**
**Registered Agent for Service of Process, 12300 Farmington, Livonia, MI  48150.**

### PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____ [address] with _____ [name], a person at least 14
years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of
_____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested, restricted
delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy
of the summons and complaint by first-class mail to the defendant together with two copies of a
notice and acknowledgment and received the attached notice and acknowledgment form within
twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
_____ DIVISION

**WILLIE J. JENKINS, III**
_____
Plaintiff

v.                                No.**47BCV-17-5 (RL)**

**RYAN TRANSPORTATION, INC.,**
**AUTO EXPEDITING, INC., EDIN VELJACIC,**
**AND JOHN DOE I, II AND III**
_____
Defendants

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

**Edin Veljacic**
**8160 Flinstsone Tr., No. 202**
**St. Louis, MO  63123**
_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiffs' attorney, whose name and address are:     Terry D. Dugger, Dugger Law Firm, P.A., 5208 Kavanaugh Blvd., Suite 4, Little Rock, AR 72207

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Ms. Leslie Mason
Mississippi County Circuit Clerk
Mississippi County Courthouse
200 W. Walnut St., Rm 202
Blytheville, AR 72351-2820

Leslie Mason, Circuit Clerk

_____
[Signature of Clerk or Deputy Clerk]

Date: 1-17-2017
                                              11:45 AM

[SEAL]

**FILED**

JAN 17 2017

LESLIE MASON
CIRCUIT CLERK

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
_____ DIVISION

WILLIE J. JENKINS, III                                              **PLAINTIFF**

V.                          CASE NO. 47BCV-17-5 (RL)

RYAN TRANSPORTATION, INC.,                                         **DEFENDANTS**
AUTO EXPEDITING, INC., EDIN
VELJACIC and JOHN DOES I, II
& III

## COMPLAINT

Comes Plaintiff, Willie J. Jenkins, III, by and through his undersigned attorneys, Dugger Law

Firm, P.A., and for his Complaint against Defendants states:

### I. PARTIES

1.      Plaintiff is and was at the time of the collision and the negligent acts complained of

herein a citizen and resident of Red Oaks, Texas.

2.      Defendant Edin Veljacic ("Veljacic") was, based on knowledge and belief, at all

relevant times a resident and citizen of St Loius, MO.   Additionally, Plaintiff is informed and

believes and therefore alleges that Veljacic was acting in his capacity as an agent, employee and/or

representative of Ryan Transportation, Inc. and/or Auto Expediting, Inc., or both, at the time of the

collision at issue.

3.      Defendant Ryan Transportation, Inc., is a foreign corporation authorized to engage in

interstate commerce as a commercial motor carrier by the Department of Transportation, USDOT

Number 724206, with its principal place of business located at 12300 Farmington Road, Livonia, MI

48150.    According to the Michigan Secretary of State, service of process may be had on its

registered agent: Scott A. Simpson, Sr., 12300 Farmington Road, Livonia, MI 48150.

4.     Defendant Auto Expediting, Inc. is a foreign corporation authorized to engage in interstate commerce as a commercial motor carrier by the Department of Transportation, USDOT Number 308414, with its principal place of business located at 12300 Farmington Road, Livonia, MI 48150.    According to the Michigan Secretary of State, service of process may be had on its registered agent: Scott Simpson, 12300 Farmington Road, Livonia, MI 48150.

5.     Plaintiff is informed and, therefore, believes and alleges that at the time of the collision at issue, Ryan Transportation and/or Auto Expediting, or both, owned the 2003 Freightliner tractor-trailer involved in the collision and was the employer and/or principle of its operator, Defendant Veljacic.

## II. JURISDICTION AND VENUE

6.     Plaintiff's complaint seeks recovery for severe and permanent physical injuries and harm and any and all other damages provided by Arkansas law, all of which arose out of a motor vehicle collision on February 3, 2014, in Mississippi County, Arkansas.

7.     This Court has proper jurisdiction pursuant to Ark. Code Ann. § 16-13-201, which states, in part, that Circuit courts shall have original jurisdiction of all justiciable matters not otherwise assigned pursuant to the Arkansas Constitution.

8.     Venue is proper under Ark. Code Ann. § 16-60-112, which states, in part, that all actions for damages for personal injury shall be brought in the county where the accident occurred which caused the injury (Mississippi County).

## III. ALLEGATIONS AS TO JOHN DOES

9.     Plaintiff is unaware of the true name and capacity of the persons and/or entities sued

2

herein as fictitious Defendants John Doe I, II and III, inclusive. Plaintiff is informed, believes and therefore alleges that these fictitiously named Defendants were partly, primarily and/or solely responsible for the occurrences herein and are liable to Plaintiff for the damages proximately caused thereby.

10.     Plaintiff will amend his Complaint and state the true name and capacity of such individuals and/or entities once their identities become known.

11.     Despite Plaintiff's diligent efforts, Plaintiff has been unable to discover if any other entity or individual had, or may have had, an ownership interest in and/or responsibility for the 2003 Freightliner tractor-trailer involved in the collision and/or, more importantly, the nature of any relationship said individuals and/or entities may have had with Defendant Veljacic.

12.     Therefore, John Doe I, II and III have been named as additional Defendants herein, in accordance with Ark. Code Ann. § 16-56-125, since the identity of these potential tortfeasors presently remains unknown. Pursuant to this statute, Plaintiff has attached as **Exhibit "A,"** the affidavit of his undersigned counsel.

## IV. FACTUAL BACKGROUND

13.     On February 3, 2014, Veljacic was driving a 2003 Freightliner tractor and traveling at least 40 mph in the left lane of southbound I-55, while passing slower moving vehicles, including tractor trailers, in the right lane. Freezing rain, sleet or snow, or some combination of all three, had recently fallen in the area. The temperature was at or near freezing and the surface of the highway was slippery, due to the accumulated wintery precipitation.

14.     Catherine Hernandez, who was operating a 2002 Ford 350 and pulling an attached

3

camper trailer, was also traveling south in the left lane of I-55 ahead of Veljacic. As Ms. Hernandez decreased the speed of her vehicle in response to the traffic and road conditions, Veljacic's big rig suddenly and without warning hammered the rear of the camper trailer she was pulling.

15.     After slamming into the Hernandez camper, Veljacic lost complete control of his commercial motor vehicle and allowed it to jackknife. This, in turn, caused the trailer attached to his Freightliner tractor to swing across the interstate and enter the right lane, where it then slammed into the cab of the Volvo tractor operated by Plaintiff Jenkins. At the time, Plaintiff was also slowing down because of the traffic conditions, as he traveled south on I-55 in the right lane.

16.     The force of the impact destroyed the Volvo tractor and, as a result, Plaintiff's ability to control, further slow or stop it. In its disabled condition, the Volvo tractor continued forward, until it struck the rear of a tanker and came to rest in the right lane of I-55. The Volvo's cab was crushed so badly that it intruded into the occupant area, trapping Plaintiff and snapping the tibia and fibula on his left leg and a toe on his left foot.

17.     Plaintiff was trapped and pinned in the cab of his tractor for over an hour and a half before responding emergency personnel could extricate him from the wreckage. Prior to their arrival and during their extrication efforts, Hernandez tried to render aid to and comfort Plaintiff, who was in excruciating pain and shock as a result of his injuries.

## IV. NEGLIGENCE CLAIMS AGAINST DEFENDANTS

18.     At the time of the collision, Defendant Veljacic was acting within the course and scope of his employment and/or agency with Ryan Transportation and/or Auto Expediting, or both. Alternatively, he was a permissive, but incompetent, operator of the tractor-trailer owned by one or

4

both corporate entities, something that Ryan Transportation and/or Auto Expediting, or both, knew or should have known when entrusting him with the 2003 Freightliner tractor-trailer .

19.     The collision was directly and proximately caused by the negligent and careless acts and/or omissions of Defendant Veljacic, which would be imputed to Ryan Transportation and/or Auto Expediting, or both, under the theories of either *respondeat superior* or negligent entrustment.

20.     Such acts and/or omissions on the part of Defendant Veljacic included, but are not limited to, the following:

  a.  Driving at an excessive and unreasonable rate of speed given the prevailing road, weather and traffic conditions;

  b.  Failure to keep proper look-out and pay proper attention;

  c.  Failure to yield the right-of-way;

  d.  Failure to operate the diesel tractor truck squarely within its lane of travel;

  e.  Careless and prohibited driving;

  f.  Failure to maintain proper control of the diesel tractor; and

  g.  Failure to exercise ordinary care as required under the circumstances then existing.

21.     The aforementioned acts and omissions of negligence of Defendant Veljacic, while acting in the course and scope of his employment with Ryan Transportation and/or Auto Expediting, or both, were the proximate cause of injuries and harm to Willie Jenkins.

## CLAIM FOR DAMAGES AND HARM

22.     As a proximate result of the aforementioned negligent acts and omissions of

5

Defendant Veljacic, while acting within the course and scope of his employment with Ryan Transportation and/or Auto Expediting, or both, and the negligence of Ryan Transportation and/or Auto Expediting, individually and/or jointly, Plaintiff suffered permanent harm and sustained damages, for which he seeks compensation in an amount which exceeds that required to establish Federal Court jurisdiction in diversity of citizenship cases. More specifically, Plaintiff prays for recovery against all Defendants referred to herein for the following elements of damages:

(a)   Serious and permanent physical injuries, for which his treating physicians have recommended additional future medical care and potential surgery;

(b)   Physical pain and suffering experienced in the past and reasonably certain to be experienced in the future;

(c)   Mental anguish experienced in the past and reasonably certain to be experienced in the future;

(d)   Medical expenses incurred in the past and reasonably certain to be incurred in the future;

(e)   Past and future lost earnings;

(f)   Diminished and impaired earning capacity; and

(g)   Compensation for disfigurement and the visible results of his injuries;

23.   Plaintiff Respectfully Demands Trial by a Twelve (12) Member Jury.

WHEREFORE, Plaintiff, Willie Jenkins, prays as follows:

(a)   For Trial by Jury;

(b)   For general and special damages in excess of that required for federal jurisdiction in diversity actions, the total amount of which is to be proven at the time of trial and determined by a jury;

6

(c)     For all costs to which he may be entitled under Arkansas law; and

(d)     For such other and further relief the Court deems just and proper.

RESPECTFULLY SUBMITTED,

Willie J. Jenkins, III

DUGGER LAW FIRM, P.A.
5208 Kavanaugh Blvd., Suite 4
Little Rock, AR 72207
(501) 664-0900, Fax (501) 663-8111
Email: terry@razorbackjustice.com

By: _____
        Terry D. Dugger, ABN 95240

7

**FILED**

JAN 1 7 2017

**LESLIE MASON**
**CIRCUIT CLERK**

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
_____ DIVISION

WILLIE J. JENKINS, III                                                    **PLAINTIFF**

V.                                    NO. _____

RYAN TRANSPORTATION, INC.,
AUTO EXPEDITING, INC., EDIN VELJACIC,
and JOHN DOES I, II and III                                    **DEFENDANTS**

### AFFIDAVIT

STATE OF ARKANSAS   )
                    )SS.
COUNTY OF PULASKI   )

Comes now the affiant, Terry D. Dugger, as attorney for Plaintiff Willie J. Jenkins, III, and hereby states under oath:

1.    I am an adult citizen and resident of the State of Arkansas and the testimony I am about to give is true and correct based upon my personal knowledge and belief and has been obtained in furtherance of my representation of Plaintiff.

2.    As a result of the accident which occurred on I-55 in Mississippi County, Arkansas, near Blytheville, Mississippi County, Arkansas, on February 3, 2014, Willie J. Jenkins, III, sustained severe and painful personal injuries; has incurred medical expenses in the past and will incur medical expenses in the future; and has experienced excruciating pain and suffering and mental anguish, as well as other compensatory damages.

3.    Upon information and belief, employees and/or authorized agents of Defendants, including Defendant Veljacic, acting within the course and scope of their employment with and/or authority for Ryan Transportation, Inc., and or Auto Expediting, Inc., or both, by and through their negligent acts and/or omissions, are alleged in the original Complaint to have proximately caused the accident and harm at issue.



4.      However, other individuals and/or entities may have held an interest in the 2003 Freightliner tractor trailer operated by Defendant Veljacic and/or Defendant Veljacic may have been acting in the course and scope of his employment with other individuals or entities at the time of the collision at issue.

5.      Additionally, one or more of these individuals and/or entities could be potentially liable, directly and/or by way of imputation, for the negligent acts/omissions which caused the damages and harm suffered by Plaintiff, as set forth in his original Complaint.

6.      The exact identities are, however, presently unknown, despite the diligent efforts of Plaintiff and his counsel to identify them.  To ensure each participates in the litigation initiated by Plaintiff and is held responsible for any negligent acts and/or omissions contributing to the accident and Plaintiff's harm, proportionately and/or on a pro-rated basis, this Affidavit is being filed as Exhibit "A" to Plaintiff's Complaint.

7.      Accordingly, John Doe I, II and III have been identified and separately named as Defendants to represent these presently unknown and unidentified individuals/entities.

Further, affiant saith not.

Terry D. Dugger

**VERIFICATION**

Subscribed and sworn to before me this 12th day of January, 2017

Notary Public

My Commission Expires:

05-10-2023

2

**FILED**

APR 6 - 2017
9:00 Am
LESLIE MASON
CIRCUIT CLERK

## IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
### CIVIL DIVISION

WILLIE J. JENKINS, III                                                      PLAINTIFF

V.                              CASE NO. 47BCV-17-5 (RL)


RYAN TRANSPORTATION,                                              DEFENDANTS
INC., AUTO EXPEDITING, INC.,
EDIN VELJACIC and JOHN
DOES I, II & III

### AFFIDAVIT OF SERVICE

STATE OF ARKANSAS          )
                           )SS
COUNTY OF PULASKI          )

I, Terry Dugger, after first being duly sworn, state on oath as follows:

1.      That on March 22, 2017, I mailed a copy of the Summons and Complaint in the
above-captioned matter to the registered agent for service, Scott Simpson, for Defendant Ryan
Transportation, Inc., via Certified Mail, Return Receipt Requested, along with a letter advising it
had thirty (30) days in which to file a response to the Complaint.  See Exhibit "A".  On or about
April 3, 2017, I received the Return Receipt Card, a copy of which is attached hereto as Exhibit
"B", reflecting the certified envelope was received on March 28, 2017, signed for by Courtney
Shekell, who works at the same address with Scott Simpson.

Further, affiant saith not.

_____
Terry D. Dugger

Subscribed and sworn to before me this 3rd day of April, 2017.

_____
Notary Public

My Commission Expires: 5-10-23

# DUGGER LAW FIRM, P.A.

### TRIAL ATTORNEYS
5208 KAVANAUGH BLVD., SUITE 4
LITTLE ROCK, ARKANSAS 72207
(501) 664-0900 ● FAX (501)
www.TerryDuggerLaw

Terry D. Dugger
terry@razorbackjustice.com

March 22, 2017

**VIA CERTIFIED MAIL- 7016 1370 0002 0456 0266**
**RETURN RECEIPT REQUESTED**

Mr. Scott Simpson
Registered Agent for Service of
   Process for Ryan Transportation, Inc.
12300 Farmington
Livonia, MI 48150



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage $1.61

Total Postage and Fees $7.71

Sent To SCOTT SIMPSON-RASP RYAN TRANSPORT
Street and Apt. No., or PO Box No. 12300 FARMINGTON
City, State, ZIP+4® LIVONIA, MI 48150

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Re:   Willie J. Jenkins, III v. Ryan Transportation, Inc., Auto Expediting, Inc.,
      Edin Veljacic, and John Doe I, II and III
      Mississippi County Circuit No. 47BCV-17-5

Dear Mr. Simpson:

Please be advised you are hereby being served with a Summons and Complaint, which has recently been filed in Mississippi County Circuit Court in Blytheville, Arkansas, against Ryan Transportation, Inc., for which you are the registered Agent for Service of Process.

As indicated on the Summons, Ryan Transportation, Inc., has thirty (30) days from the date of your receipt of the Summons and Complaint within which to file an Answer with the Mississippi County Circuit Court Clerk. Failure to file an Answer could result in a default judgment being entered that is adverse to Ryan Transportation, Inc.'s, interest.

Best Regards,

Terry D. Dugger

TDD/ekf
Enclosures:   Summons
              Complaint

cc:   Mr. Willie Jenkins

**EXHIBIT**
**A**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SCOTT SIMPSON - REGISTERED
AGENT FOR SERVICE OF PROCESS
FOR RYAN TRANSPORTATION
12300 FARMINGTON
LIVONIA, MI 48150

|||||||||||||||||||||||||||||||||||||||||||
9590 9402 1342 5285 5272 57

2. Article Number (Transfer from service label)
7016 1370 0002 0456 0266

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
MAR 2 7 2017

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**USPS TRACKING #**

|||||||||||||||||||||||||||||||||||||||||
9590 9402 1342 5285 5272 57

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Dugger Law Firm, P.A.
5208 Kavanaugh Blvd., Suite 4
Little Rock, Arkansas 72207

JENKINS

EXHIBIT
B



FILED

APR 6 – 2017
9:00 AM
LESLIE MASON
CIRCUIT CLERK

## IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
## CIVIL DIVISION

**WILLIE J. JENKINS, III**                                                    **PLAINTIFF**

**V.**                                     **CASE NO. 47BCV-17-5 (RL)**

**RYAN TRANSPORTATION,**                                    **DEFENDANTS**
**INC., AUTO EXPEDITING, INC.,**
**EDIN VELJACIC and JOHN**
**DOES I, II & III**

### AFFIDAVIT OF SERVICE

STATE OF ARKANSAS    )
                     )SS
COUNTY OF PULASKI    )

I, Terry Dugger, after first being duly sworn, state on oath as follows:

1.     That on March 22, 2017, I mailed a copy of the Summons and Complaint in the above-captioned matter to the registered agent for service, Scott Simpson, for Defendant Auto Expediting, Inc., via Certified Mail, Return Receipt Requested, along with a letter advising it had thirty (30) days in which to file a response to the Complaint.  See Exhibit "A".  On or about April 3, 2017, I received the Return Receipt Card, a copy of which is attached hereto as Exhibit "B", reflecting the certified envelope was received on March 28, 2017, signed for by Courtney Shekell, who works at the same address with Scott Simpson.

Further, affiant saith not.

_____
Terry D. Dugger

Subscribed and sworn to before me this 3ʳᵈ day of April, 2017.

_____
Notary Public

My Commission Expires: 5-10-23

FILED

APR 6 - 2017

LESLIE MASON
CIRCUIT CLERK

# DUGGER LAW FIRM, P.A.

### TRIAL ATTORNEYS
5208 KAVANAUGH BLVD., SUITE 4
LITTLE ROCK, ARKANSAS
(501) 664-0900 ● FAX (501)
www.TerryDuggerLaw.

Terry D. Dugger
terry@razorbackjustice.com

March 22, 2017

**VIA CERTIFIED MAIL- 7016 1370 0002 0456 0273
RETURN RECEIPT REQUESTED**

Mr. Scott Simpson
Registered Agent for Service of
   Process for Auto Expediting, Inc.
12300 Farmington
Livonia, MI 48150

<table>
<tr><td colspan="3"><strong>U.S. Postal Service™</strong><br><strong>CERTIFIED MAIL® RECEIPT</strong><br><em>Domestic Mail Only</em></td></tr>
<tr><td colspan="3">For delivery information, visit our website at www.usps.com®.</td></tr>
<tr><td colspan="3">LIVONIA, MI 48150   OFFICIAL USE</td></tr>
<tr><td>Certified Mail Fee</td><td>$3.35</td><td>0017<br>05</td></tr>
<tr><td colspan="2">$2.75</td><td></td></tr>
<tr><td>Extra Services & Fees (check box, add fee as appropriate)</td><td></td><td></td></tr>
<tr><td>☐ Return Receipt (hardcopy)</td><td>$0.00</td><td></td></tr>
<tr><td>☐ Return Receipt (electronic)</td><td>$0.00</td><td>Postmark<br>Here</td></tr>
<tr><td>☐ Certified Mail Restricted Delivery</td><td>$0.00</td><td></td></tr>
<tr><td>☐ Adult Signature Required</td><td>$0.00</td><td></td></tr>
<tr><td>☐ Adult Signature Restricted Delivery</td><td></td><td></td></tr>
<tr><td>Postage</td><td>$1.61</td><td>03/22/20</td></tr>
<tr><td>Total Postage and Fees</td><td>$7.71</td><td>72201</td></tr>
<tr><td colspan="3">Sent To SCOTT SIMPSON RASP Auto EXPEDITING</td></tr>
<tr><td colspan="3">Street and Apt. No., or PO Box No. 12300 FARMINGTON</td></tr>
<tr><td colspan="3">City, State, ZIP+4® LIVONIA, MI 48150</td></tr>
<tr><td colspan="3">PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions</td></tr>
</table>

      Re:   Willie J. Jenkins, III v. Ryan Transportation, Inc., Auto Expediting, Inc.,
           Edin Veljacic, and John Doe I, II and III
           Mississippi County Circuit No. 47BCV-17-5

Dear Mr. Simpson:

     Please be advised you are hereby being served with a Summons and Complaint, which has recently been filed in Mississippi County Circuit Court in Blytheville, Arkansas, against Auto Expediting, Inc., for which you are the registered Agent for Service of Process.

     As indicated on the Summons, Auto Expediting, Inc., has thirty (30) days from the date of your receipt of the Summons and Complaint within which to file an Answer with the Mississippi County Circuit Court Clerk. Failure to file an Answer could result in a default judgment being entered that is adverse to Auto Expediting, Inc.'s interest.

                           Best Regards,

                           Terry D. Dugger

TDD/ekf
Enclosures:   Summons
              Complaint

cc:   Mr. Willie Jenkins



EXHIBIT

A

**FILED**

APR 6 – 2017

LESLIE MASON
CIRCUIT CLERK

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SCOTT SIMPSON - REGISTERED
AGENT FOR SERVICE OF PROCESS
FOR AUTO EXPEDITING, INC.
12300 FARMINGTON
LIVONIA, MI 48150



9590 9402 1342 5285 5272 40

2. Article Number *(Transfer from service label)*

7016 1370 0002 0456 0273

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
MAR 2 8 2017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No


USPS

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 1342 5285 5272 40

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Dugger Law Firm, P.A.
5208 Kavanaugh Blvd., Suite 4
Little Rock, Arkansas 72207

JENKINS



EXHIBIT
B

**FILED**

APR 4 - 2017
9:00Am
LESLIE MASON
CIRCUIT CLERK

## THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
### _____ DIVISION

WILLIE J. JENKINS, III

_____
Plaintiff

v.                                    No. 47BCV-17-5

RYAN TRANSPORTATION, INC.,
AUTO EXPEDITING, INC., EDIN VELJACIC,
AND JOHN DOE I, II AND III

_____
Defendants

### PROOF OF SERVICE

This summons is for: **Edin Veljacic, 8160 Flintstone Tr., No. 202, St. Louis, MO  63123.**

☑ I personally delivered the summons and complaint to the individual at _1061 Remington, Imperial, Mo_
_1061 Remington, Imperial, Mo 63052_ [place] on ___3/28/17___ [date]; _oct 8:25pm  63052_

☐ I left the summons and complaint in the proximity of the individual by _____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____ [address] with _____ [name], a person at least 14
years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of
_____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested, restricted
delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy
of the summons and complaint by first-class mail to the defendant together with two copies of a
notice and acknowledgment and received the attached notice and acknowledgment form within
twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____      SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _3/26/17_      By: _Joe Mou SPS_
[Signature of server]

_JOE MoCier_
[Printed name]

Address: _P.O. Box 270471,_

_St Louis, mo. 63127_

Phone: _314-966-5585_

Subscribed and sworn to before me this date: _3/27/2017_

_Jaimie Maness_
Notary Public

My commission expires: _1/2/2021_

Additional information regarding service or attempted service:

_____

_____

**FILED**

APR 2 0 2017
11:00 a m
LESLIE MASON
CIRCUIT CLERK
PLAINTIFF

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
CIVIL DIVISION

WILLIE J. JENKINS, III

V.                                    CASE NO. 47BCV-17-5

RYAN TRANSPORTATION, INC.,
AUTO EXPEDITING, INC., EDIN VELJACIC,
and JOHN DOES I, II and III                              DEFENDANTS

---

## MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS
## RYAN TRANSPORTATION, INC. AND AUTO EXPEDITING, INC.

---

Comes Plaintiff, by and through counsel, Dugger Law Firm, P.A., and for his motion for extension of time to effectuate service of process pursuant to Rule 4(i) of the Arkansas Rules of Civil Procedure, states:

1.     On January 17, 2017, Plaintiff filed a complaint seeking recovery from Defendants Ryan Transportation, Inc. and Auto Expediting, Inc. for harm and injuries suffered as a result of a serious automobile collision which occurred February 3, 2014.

2.     Pursuant to *Ark. R. Civ. P. 4(i)*, Plaintiff has 120 days from the filing of the original Complaint to effectuate service of process. This 120-day period has not yet expired.

3.     Both entities are foreign corporations authorized to engage in interstate commerce as commercial motor carriers by the Department of Transportation. The principal place of business (12300 Farmington Road, Livonia, MI 48150) and name and address for the registered agent (Scott Simpson, 12300 Farmington Road, Livonia, MI 48150) are the same for each entity, according to the Michigan Secretary of State.

4.     Plaintiff served the registered agent for each corporation by certified mail with a return receipt requested, as provided by *Ark. R. Civ. P. (d)(8)(A)(i)*.  See Affidavits of Service attached as **Exhibits "1" and "2."**

5.     As reflected in the affidavits, the return receipts were not signed by the registered agent, but rather by Courtney Shekell.  While Ms. Shekell clearly appears to work in the same office located at the same address as the registered agent, her position of employment and what, if any, responsibility she has for accepting service of process are not known.

6.     Defendant Edin Veljacic was personally served in his home state of Missouri and Plaintiff has engaged in diligent and concerted efforts to perfect service on Defendants Ryan Transportation and Auto Expediting.

7.     It could be that Ms. Shekell is fully authorized to accept registered mail on behalf of the corporation's agent; then again, the reverse could also be true.  Presently, there is no way for Plaintiff to confirm Ms. Shekell's authority one way or the other.

8.     Consequently, out of abundance of caution given the possibility there is or might be some question as to the validity and perfection of service on the corporate Defendants, Plaintiff hereby respectfully requests an additional one hundred and twenty (120) days within which to serve Ryan Transportation and Auto Expediting.

9.     Plaintiff affirmatively states that no prior extension has been requested or granted and that his motion is made in good faith and only for the reasons herein stated. Accordingly, the requirement of "good cause" necessary to obtain the requested extension has been met.

WHEREFORE, Plaintiff respectfully requests entry of an order by this Court granting an extension of an additional 120 days within which to obtain service of the Summons and

Complaint upon Defendants Ryan Transportation and Auto Expediting and for any and all other just relief to which he may be entitled.

Respectfully submitted,

DUGGER LAW FIRM, P.A.
5208 Kavanaugh Blvd., Suite 4
Little Rock, AR 72207
(501) 664-0900, Fax (501) 663-8111
Email: terry@razorbackjustice.com

By: _____
Terry D. Dugger, ABN: 95240

**FILED**

APR 6 – 2017

LESLIE MASON
CIRCUIT CLERK

### IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
### CIVIL DIVISION

WILLIE J. JENKINS, III                                        PLAINTIFF

V.                              CASE NO. 47BCV-17-5 (RL)

RYAN TRANSPORTATION,                                  DEFENDANTS
INC., AUTO EXPEDITING, INC.,
EDIN VELJACIC and JOHN
DOES I, II & III

**FILED**

APR 2 0 2017

LESLIE MASON
CIRCUIT CLERK

### AFFIDAVIT OF SERVICE

STATE OF ARKANSAS      )
                       )SS
COUNTY OF PULASKI      )

I, Terry Dugger, after first being duly sworn, state on oath as follows:

1.      That on March 22, 2017, I mailed a copy of the Summons and Complaint in the

above-captioned matter to the registered agent for service, Scott Simpson, for Defendant Ryan

Transportation, Inc., via Certified Mail, Return Receipt Requested, along with a letter advising it

had thirty (30) days in which to file a response to the Complaint. See Exhibit "A". On or about

April 3, 2017, I received the Return Receipt Card, a copy of which is attached hereto as Exhibit

"B", reflecting the certified envelope was received on March 28, 2017, signed for by Courtney

Shekell, who works at the same address with Scott Simpson.

Further, affiant saith not.

_____
Terry D. Dugger

Subscribed and sworn to before me this 3rd day of April, 2017.

_____
Notary Public

My Commission Expires: 5-10-23

**EXHIBIT**

1

# DUGGER LAW FIRM, P.A.

TRIAL ATTORNEYS
5208 KAVANAUGH BLVD., SUITE 4
LITTLE ROCK, ARKANSAS
(501) 664-0900 ● FAX (501)
www.TerryDuggerLaw

Terry D. Dugger
terry@razorbackjustice.com

March 22, 2017

**VIA CERTIFIED MAIL- 7016 1370 0002 0456 0266**
**RETURN RECEIPT REQUESTED**

Mr. Scott Simpson
Registered Agent for Service of
  Process for Ryan Transportation, Inc.
12300 Farmington
Livonia, MI 48150

Re:   Willie J. Jenkins, III v. Ryan Transportation, Inc., Auto Expediting, Inc.,
       Edin Veljacic, and John Doe I, II and III
       Mississippi County Circuit No. 47BCV-17-5

Dear Mr. Simpson:

       Please be advised you are hereby being served with a Summons and Complaint, which
has recently been filed in Mississippi County Circuit Court in Blytheville, Arkansas, against
Ryan Transportation, Inc., for which you are the registered Agent for Service of Process.

       As indicated on the Summons, Ryan Transportation, Inc., has thirty (30) days from the
date of your receipt of the Summons and Complaint within which to file an Answer with the
Mississippi County Circuit Court Clerk.  Failure to file an Answer could result in a default
judgment being entered that is adverse to Ryan Transportation, Inc.'s, interest.

Best Regards,

Terry D. Dugger

TDD/ekf
Enclosures:   Summons
              Complaint

cc:   Mr. Willie Jenkins


EXHIBIT
A



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SCOTT SIMPSON - REGISTERED
AGENT FOR SERVICE OF PROCESS
FOR RYAN TRANSPORTATION
12300 FARMINGTON
LIVONIA, MI 48150

9590 9402 1342 5285 5272 57

2. Article Number (Transfer from service label)
7016 1370 0002 0456 0266

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAR 2 7 2017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 1342 5285 5272 57

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Dugger Law Firm, P.A.
5208 Kavanaugh Blvd., Suite 4
Little Rock, Arkansas 72207

JENKINS



EXHIBIT
B

**FILED**

APR 6 - 2017

LESLIE MASON
CIRCUIT CLERK

### IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
### CIVIL DIVISION

WILLIE J. JENKINS, III                                          **PLAINTIFF**

V.                          **CASE NO. 47BCV-17-5 (RL)**

RYAN TRANSPORTATION,                                    **DEFENDANTS**
INC., AUTO EXPEDITING, INC.,
EDIN VELJACIC and JOHN
DOES I, II & III

### AFFIDAVIT OF SERVICE

**FILED**

APR 2 0 2017

LESLIE MASON
CIRCUIT CLERK

STATE OF ARKANSAS          )
                          )SS
COUNTY OF PULASKI          )

I, Terry Dugger, after first being duly sworn, state on oath as follows:

1.       That on March 22, 2017, I mailed a copy of the Summons and Complaint in the above-captioned matter to the registered agent for service, Scott Simpson, for Defendant Auto Expediting, Inc., via Certified Mail, Return Receipt Requested, along with a letter advising it had thirty (30) days in which to file a response to the Complaint. See Exhibit "A". On or about April 3, 2017, I received the Return Receipt Card, a copy of which is attached hereto as Exhibit "B", reflecting the certified envelope was received on March 28, 2017, signed for by Courtney Shekell, who works at the same address with Scott Simpson.

Further, affiant saith not.

_____
Terry D. Dugger

Subscribed and sworn to before me this 3ᴿᴰ day of April, 2017.

_____
Notary Public

My Commission Expires: 5-10-23

**EXHIBIT**
**2**

**FILED**

# DUGGER LAW FIRM, P.A.

APR 6 – 2017

TRIAL ATTORNEYS
5208 KAVANAUGH BLVD., SUITE 4
LITTLE ROCK, ARKANSAS
(501) 664-0900 ● FAX (501)
www.TerryDuggerLaw.m

LESLIE MASON
CIRCUIT CLERK

Terry D. Dugger
terry@razorbackjustice.com

March 22, 2017

**VIA CERTIFIED MAIL** - 7016 1370 0002 0456 0273
**RETURN RECEIPT REQUESTED**

Mr. Scott Simpson
Registered Agent for Service of
    Process for Auto Expediting, Inc.
12300 Farmington
Livonia, MI  48150

Re:   Willie J. Jenkins, III v. Ryan Transportation, Inc., Auto Expediting, Inc.,
        Edin Veljacic, and John Doe I, II and III
        Mississippi County Circuit No. 47BCV-17-5

Dear Mr. Simpson:

Please be advised you are hereby being served with a Summons and Complaint, which has recently been filed in Mississippi County Circuit Court in Blytheville, Arkansas, against Auto Expediting, Inc., for which you are the registered Agent for Service of Process.

As indicated on the Summons, Auto Expediting, Inc., has thirty (30) days from the date of your receipt of the Summons and Complaint within which to file an Answer with the Mississippi County Circuit Court Clerk.  Failure to file an Answer could result in a default judgment being entered that is adverse to Auto Expediting, Inc.'s interest.

Best Regards,

Terry D. Dugger

TDD/ckf
Enclosures:   Summons
              Complaint

cc:   Mr. Willie Jenkins

EXHIBIT
A



FILED

APR 6 - 2017

LESLIE MASON
CIRCUIT CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | **A. Signature**<br>x ◻ Agent ◻ Addressee<br>**B. Received by** *(Printed Name)*  **C. Date of Delivery** MAR 2 8 2017 |
| **1. Article Addressed to:**<br>SCOTT SIMPSON - REGISTERED AGENT FOR SERVICE OF PROCESS FOR AUTO EXPEDITING, INC. 12300 FARMINGTON LIVONIA, MI 48150 | **D. Is delivery address different from item 1?** ◻ Yes<br>If YES, enter delivery address below: ◻ No<br>USPS |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1342 5285 5272 40 | **3. Service Type**<br>◻ Adult Signature<br>◻ Adult Signature Restricted Delivery<br>◻ Certified Mail®<br>◻ Certified Mail Restricted Delivery<br>◻ Collect on Delivery<br>◻ Collect on Delivery Restricted Delivery<br>◻ Insured Mail<br>◻ Insured Mail Restricted Delivery (over $500) | ◻ Priority Mail Express®<br>◻ Registered Mail™<br>◻ Registered Mail Restricted Delivery<br>◻ Return Receipt for Merchandise<br>◻ Signature Confirmation™<br>◻ Signature Confirmation Restricted Delivery |
| **2. Article Number** *(Transfer from service label)*<br>7016 1370 0002 0456 0273 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

**USPS TRACKING #**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 1342 5285 5272 40

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4® in this box°

Dugger Law Firm, P.A.
5208 Kavanaugh Blvd., Suite 4
Little Rock, Arkansas 72207

JENKINS



EXHIBIT
B