IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE J. JENKINS, III                                                                              PLAINTIFF

V.                          CASE NO. 3:17-CV-00091 DPM

RYAN TRANSPORTATION, INC.,
AUTO EXPEDITING, INC., EDIN VELJACIC,
and JOHN DOES I, II and III                                                                  DEFENDANTS

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF RYAN TRANSPORTATION, INC.

---

Comes now Plaintiff by and through his attorney, Terry D. Dugger, Dugger Law Firm, P.A., and for his Notice of Dismissal without Prejudice of his cause of action against Defendant Ryan Transportation, Inc., states:

Plaintiff hereby dismisses without prejudice his cause of action against Defendant Ryan Transportation, Inc., pursuant Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff hereby dismisses without prejudice his Complaint against Ryan Transportation, Inc.

                                        Respectfully submitted,

                                        DUGGER LAW FIRM, P.A.
                                        5208 Kavanaugh Blvd., Suite 4
                                        Little Rock, AR 72207
                                        (501) 664-0900, Fax (501) 663-8111
                                        Email: terry@razorbackjustice.com

                                        By:  /s/ Terry Dugger
                                            Terry D. Dugger, ABN 95240

## CERTIFICATE OF SERVICE

This will certify that a copy of the above and foregoing instrument was served electronically by filing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following on this 3rd day of May, 2017.

Christy Comstock
Everett, Wales & Comstock
1944 E. Joyce Blvd.
Fayetteville, AR 72701
*Attorney for Ryan Transportation, Inc.,*
*Auto Expediting, Inc, and Edin Veljacic*

/s/ Terry Dugger
Terry D. Dugger