IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE J. JENKINS III                                  PLAINTIFF

v.                            No. 3:17-cv-91-DPM

RYAN TRANSPORTATION, INC.;
AUTO EXPEDITING, INC.; EDIN
VELJACIC; and JOHN DOES 1-3                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2018